| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK |
| In Re<br><br>JAMES HO,<br><br>                        Debtor. |

Chapter 13

Case No. 16-44229

_____

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICE AND PAPERS**
_____

**PLEASE TAKE NOTICE** that Ameritas Life Insurance Corp. ("Ameritas"), appears in the above-captioned case by its counsel, Wilson Elser Moskowitz Edelman & Dicker LLP; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone and facsimile numbers indicated:

Marie Polito Hofsdal, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017
Phone: (212) 490-3000
Fax: (212) 490-3038
E-mail: marie.hofsdal@wilsonelser.com

**Error! Unknown document property name.**

**PLEASE TAKE FURTHER NOTICE,** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE,** that Ameritas does not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Ameritas expressly reserves.

Dated: January 31, 2017                    WILSON ELSER MOSKOWITZ
                                           EDELMAN & DICKER LLP

                                            /s/ Marie Polito Hofsdal
                                           Marie Polito Hofsdal
                                           150 E 42nd Street
                                           New York, New York 10017
                                           (212) 490-3000
                                           (212) 490-3038 (facsimile)

                                           *Attorneys for Ameritas Life Insurance Corp.*

**Error! Unknown document property name.**

- 3 -

## CERTIFICATE OF SERVICE

MARIE POLITO HOFSDAL hereby certifies that on the 31st day of January, 2017, I caused a true and correct copy of this Notice of Appearance to be electronically filed with the Court via CM/ECF and thereby served upon all registered users and parties requesting notice of papers.

Dated: January 31, 2017              /s/ Marie Polito Hofsdal_____
                                     Marie Polito Hofsdal