ORTIZ & ORTIZ, L.L.P.                          Hearing Date: **March 14, 2019**
32-72 Steinway Street, Suite 402               Time:              **9:30 a.m.**
Astoria, New York 11103
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
Martha J. de Jesus, Esq.
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re
                                                        CASE NO. 16-44229-ESS
JAMES HO,
a.k.a. JAMES SING CHAN CHO,
a.k.a. SING C CHAN-HO,                          CHAPTER 13
a.k.a. JAMES SING CHAM HO,
a.k.a. JAMES SING HO,

                        Debtor.
-------------------------------------------------------x

### AMENDED COVER SHEET FOR FIRST AND FINAL APPLICATION OF ORTIZ & ORTIZ, L.L.P., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS LEGAL COUNSEL TO THE CHAPTER 13 DEBTOR

Name of Applicant:                                      Ortiz & Ortiz, L.L.P.

Authorized to Provide Professional Services to:         James Ho

Period for Which Compensation is sought for:            September 22, 2016 - January 15, 2019

Amount of Expense Reimbursement Sought:                 $ 353.50

Amount of Fees Sought:                                  $ 9,646.25

Prior Award of Compensation:                            None

Billing Parties:

| Name | Position | Year Admitted | Hourly Rate | Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Norma E. Ortiz | Partner | 1988 | $350.00 | 5.4 | $1,890.00 |
| Martha de Jesus | Associate | 2014 | $250.00 | 23.15 | $6,311.25 |
| Juan P. Parodi | Paralegal | Not Applicable | $100.00 | 4.35 | $435.00 |
| Athena Gonzalez | Paralegal | Not Applicable | $100.00 | 10 | $1,000.00 |
| Cynthia Narea | Paralegal | Not Applicable | $100.00 | 0.1 | $10.00 |

ORTIZ & ORTIZ, L.L.P.
32-72 Steinway Street, Suite 402
Astoria, New York 11103
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
Martha J. de Jesus, Esq.
*Attorneys for the Debtor*

Hearing Date: **March 14, 2019**
Time:          **9:30 a.m.**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re

JAMES HO,
a.k.a. JAMES SING CHAN CHO,
a.k.a. SING C CHAN-HO,
a.k.a. JAMES SING CHAM HO,
a.k.a. JAMES SING HO,

                         Debtor.
----------------------------------------------------------x

Case No. 16-44229-ESS

Chapter 13

**AMENDED**
**NOTICE OF HEARING ON THE FIRST AND FINAL APPLICATION OF ORTIZ &**
**ORTIZ, L.L.P., FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES AS LEGAL COUNSEL TO THE CHAPTER 13 DEBTOR**

        **PLEASE TAKE NOTICE**, that upon the annexed application (the "Application") of

Ortiz & Ortiz, L.L.P. (the "O & O"), the undersigned will move this Court before the Honorable

Elizabeth S. Strong United States Bankruptcy Judge, at the United States Bankruptcy Court, 271-

C Cadman Plaza East, Brooklyn, New York, 11201, on the 14th day of March, 2019, at 9:30 a.m,

for the entry of an order allowing compensation and reimbursement of expenses incurred in this

Chapter 13 case, together with such other and further relief as is just, proper and equitable under

the circumstances.

        **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in

the Application must be made in writing and must be filed with the Clerk of the Bankruptcy

Court electronically at www.nyeb.uscourts.gov.  If you do not have the ability to file an objection

electronically, the objection may be filed with the Clerk of the Court by presenting the Clerk with

a copy of the objection saved in .pdf format.  A copy of the objection must be provided to (a) the

Chambers of the Honorable Elizabeth S. Strong, (b) Ortiz & Ortiz, LLP, at the address listed

below, and (c) all parties filing Notices of Appearance, so as to be received no later than seven

(7) days prior to the hearing.  The objection must comply with the Bankruptcy Rules and the

Local Bankruptcy Rules of the court and must state with particularity the legal and factual bases

for such objection.

Dated: February 28, 2019
       Astoria, NY

                                        _/s/Martha J. de Jesus_____
                                        Martha J. de Jesus, Esq.
                                        Ortiz & Ortiz, L.L.P.
                                        32-72 Steinway Street, Suite 402
                                        Astoria, New York 11103
                                        Tel. (718) 522-1117
                                        Fax (718) 596-1302
                                        *Attorneys for the Debtor*

ORTIZ & ORTIZ, L.L.P.
32-72 Steinway Street, Suite 402
Astoria, New York 11103
Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com
Martha J. de Jesus, Esq.
*Attorneys for the Debtor*


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re

                                       Case No. 16-44229-ESS

JAMES HO,
a.k.a. JAMES SING CHAN CHO,
a.k.a. SING C CHAN-HO,                               Chapter 13
a.k.a. JAMES SING CHAM HO,
a.k.a. JAMES SING HO,


                           Debtor.
--------------------------------------------------------x


**AMENDED**
**FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR**
**ORTIZ & ORTIZ, L.L.P, AS DEBTOR'S COUNSEL**


       Pursuant to, among other things, 11 U.S.C. § 331, Fed. R. Bankr. P. 2016, the United

States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement

of Expenses Filed under 11 U.S.C. § 331, and Local Bankr. R. 2016-1, Ortiz & Ortiz, L.L.P. (the

"O & O") seeks entry of an order approving its request for an award of $9,646.25 for final

compensation and $353.50 for reimbursement of expenses as the above-captioned Debtor's

Counsel.  In support of its request, O & O states as follows:

## **Background**

1.      On September 22, 2016 (the "Petition Date"), James Ho (the "Debtor") filed a petition for relief under Chapter 13.

2.      On September 22, 2016, Marianne DeRosa was appointed as the Chapter 13 Trustee (the "Trustee") in the Debtor's case.

3.      The following narrative summarizes the services rendered by O & O, to the Trustee in the period commencing September 22, 2016, through January 15, 2019.  This narrative is not intended to be a comprehensive description of all services rendered during this period.  For such description, see the detailed billing statements attached as Exhibit A.  The Applicant rendered the following legal services:

      a.      Preparation and Filing of Debtor's Petition, statements, schedules and other legal documents;

      b.      Conferences with the Debtor;

      c.      Preparation and Service of Debtor's Chapter 13 Plan;

      d.      Amendments to Debtor's Schedules and Plan;

      e.      Attendance at all Court Hearings;

      f.      Resolution of opposition to Confirmation;

      g.      Review of Debtor's household income and assistance with operating reports; and

      h.      Defense of post-confirmation motion for relief from the automatic stay.

4.      All of the professional services were rendered solely in connection with this case on behalf of the Debtor.

5.      On June 6, 2016, the Debtor and the Applicant entered into a retainer agreement. A copy of the retainer agreement is attached as Exhibit A.  The Applicant received a pre-petition payment of $3,50.00 from the Debtor.   Prior to the Petition Date, my office billed the Debtor $635 for services rendered in anticipation of filing the bankruptcy case.  As a result, the Debtor had a remaining credit balance of $2,865 for the work performed on the Debtor's chapter 13 case after the Petition Date.

6.      The Applicant's time records for the services performed on behalf of the Debtor by the Applicant's partner, associate, and paralegals from September 22, 2016, through January 15, 2019 is attached as Exhibit B.  All time is billed in three to six minutes increments.   As set forth therein, the Applicant devoted 39.5 hours to this matter during this period of time, having a value of $9,167.50 at the Applicant's billing rates.

7.      The names of the partner, associate, and paralegals involved in this matter, the time spent by each of them, and their normal billing rates in matters of this type are:

| Name of Professional | Title | Hours | Hourly Rate (Blended) | Fee |
|---|---|---|---|---|
| Norma E. Ortiz | Partner | 5.4 | $350.00 | $1,890.00 |
| Martha de Jesus | Associate | 23.15 | $275.00 | $6,311.25 |
| Juan P. Parodi | Paralegal | 4.35 | $100.00 | $435.00 |
| Athena Gonzalez | Paralegal | 10 | $100.00 | $1,000.00 |
| Cynthia Narea | Paralegal | 0.1 | $100.00 | $10.00 |
| | TOTAL | 39.5 | | $9,646.25 |
| | | Expenses Incurred | | $ 353.50 |
| | Pre-petition Credit for Retainer Payment | | | -$2,865.00 |
| | | Outstanding Balance | | $6,781.25 |

8.      The Applicant's experience indicates that all time actually devoted by its partner, associate, and paralegals with respect to a client's affairs is not always entered in its time records. Occasionally, such staff members do not record all the time spent in legal matters, such as short conferences and miscellaneous telephone calls.  For these reasons, the Court should regard the aggregate of recorded hours reported in the time records attached as part of Exhibit A to be a conservative compilation of the time actually expended.

9.      The Debtor's chapter 13 plan was confirmed on December 11, 2017.

10.      There were three secured claim filed in this case. The first by American Honda Financial Corp. for the Debtor's car lease in the amount of $20,331.27.  The Debtor was current on his lease obligation and the plan is not curing any arrears for the Debtor's car.  The second secured claim was filed by JPMorgan Chase Bank, National Association ("Chase") for the first mortgage on the Debtor's home.  The Debtor was one month behind on his payments and the plan paid $1,060.91 in arrears for this claim.  The third secured claim was also filed by Chase for the second mortgage secured by the Debtor's home.  The Debtor was current on his payment for the second mortgage.  As result, the majority of the Debtor's plan went to pay his unsecured creditors.

11.      The total payments of the Debtor's confirmed plan are $41,750.00.  The total of secured and priority claims paid this case was $1,060.91.  After paying the trustee's commission for this case, there is a balance of $37,575.00 to pay for all other creditors.

12.      The Debtor has made payments pursuant to the confirmed plan for the past twenty-eight (28) months.  In total, the Debtor has paid into his plan the sum of $17,750.00. There are thirty-two (32) remaining months in the plan for a total payment of $24,000.00.

## RELIEF REQUESTED

13.     The Applicant rendered services in excess of the amount covered by the initial

retainer paid by the Debtor of $6,656.00.  Given the amount of remaining funds available in this

case of $24,000.00, the Applicant requests a full award of fees in the amount of $6,656.00 for its

legal services rendered in this case.

14.     Section 330(a)(4)(B) states that in a "chapter 13 case in which the debtor is an

individual, the court may allow reasonable compensation to the debtor's attorney for representing

the interests of the debtor in connection with the bankruptcy case based on a consideration of the

benefit and necessity of such services to the debtor and the other factors set forth in this section."

Other factors listed in the section include:

> (A) the time spent on such services;
>
> (B) the rates charged for such services;
>
> (C) whether the services were necessary to the administration of, or beneficial at
>
> the time at which the service was rendered toward the completion of, a case under
>
> this title;
>
> (D) whether the services were performed within a reasonable amount of time
>
> commensurate with the complexity, importance, and nature of the problem, issue,
>
> or task addressed;
>
> (E) with respect to a professional person, whether the person is board certified or
>
> otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F) whether the compensation is reasonable based on the customary compensation
>
> charged by comparably skilled practitioners in cases other than cases under this
>
> title.

11 U.S.C. § 330(a)(3), see also In re Moukazis, 479 B.R. 247 (Bankr. E.D.N.Y. 2012); In re Wesseldine, 434 B.R. 31, 36 (Bankr. N.D.N.Y. 2010);

15.    Bankruptcy courts have conducted a three-step process in determining the reasonableness of requests for compensation.  First, the courts attempt to ascertain the nature and extent of the services rendered by an applicant.  Second, the courts attempt to assess the value and quality of the services rendered by the applicant.  Third, after a review of the first two steps, the courts have fixed the reasonable amount of compensation.

16.    It is respectfully submitted that the Applicant has described the nature and extent of the services performed on behalf of the Debtor: the Debtor was able to confirm his chapter 13 plan due to the services provided by the applicant, and resolve a post-confirmation motion for relief from the automatic stay. As a result, all of the criteria by which Bankruptcy Courts have measured the fair and reasonable value of services rendered have been exhibited by the Applicant.

17.    The Applicant performed services on behalf of the Debtor beyond just obtaining a confirmation of the Debtor's chapter 13 plan.  The Applicant assisted in the Debtor's filing of operating reports for his self-employment income and in-depth analysis of the Debtor's household income.  These services were required in the administration of the Debtor's case and resulted in his confirmation.  On July 2, 2018, Chase filed a motion for post-petition relief from the automatic stay.  The Applicant reviewed 2 years of operating reports and bank statements to confirm the payment history of the Debtor's loan. The result of the Applicant's work was a reduction in the arrears alleged by the creditor and a negotiated repayment plan with the creditor to cure the arrears owed.

18.    After considering the time expended and the nature, extent, and value of the

services performed by the Applicant, it is respectfully submitting that the full amount of additional fees requested herein the amount of $6,781.25 and reimbursement of expenses of $353.50 are reasonable under the circumstances of this case.

19.    Applicant filed no prior applications for fees in this case.

## NOTICE

20.    Notice of this application has been provided to all interested parties, the Debtor, the chapter 13 trustee, and the United States Trustee.

**WHEREFORE**, the Applicant respectfully requests for the entry of an Order granting Final Allowances to Ortiz & Ortiz, L.L.P., in the amount of $9,646.25 and reimbursement of expenses of $353.50, for services rendered as attorneys for the Debtor in his Chapter 13 Proceedings during the period of September 22, 2016, to January 15, 2019, permitting the chapter 13 trustee to disburse to the Applicant additional fees in the amount of $6,781.25, and expenses of $353.50 from the Debtor's plan payment, and for such other and further relief as the Court may deem, just, proper and equitable.

Dated: February 28, 2019
       Astoria, NY

                                             _/s/Martha J. de Jesus_____
                                             Martha J. de Jesus, Esq.
                                             Ortiz & Ortiz, L.L.P.
                                             32-72 Steinway Street, Suite 402
                                             Astoria, New York 11103
                                             Tel. (718) 522-1117
                                             Fax (718) 596-1302
                                             *Attorneys for the Debtor*

**EXHIBIT A**

## ORTIZ & ORTIZ, L.L.P.

### · Attorneys at Law
32-72 Steinway Street, Suite 402
Astoria, New York 11103

Frank A. Ortiz
Norma E. Ortiz∗

Martha J. de Jesus∗
∗ (Admitted in New York and New Jersey)

Tel. (718) 522-1117
Fax (718) 596-1302
email@ortizandortiz.com

# RETAINER AGREEMENT

Between

James  Ho

and

Ortiz & Ortiz, LLP

Dated: June 6, 2016

Type of Case:    Chapter 13 Bankruptcy Case

You have asked us to commence a chapter 13 case on your behalf.  This agreement embodies the terms of our agreement to represent you.

**Scope of Representation**

**Scope of Services and Estimate of Fees**

We have agreed to provide you with the legal representation customarily necessary to file and prosecute your chapter 13 case through confirmation of your plan.  Because amount of services varies from case to case, we can not state, for certain, how many hours of services were will be required to render to you.

We have agreed to accept a $5,000 classic retainer to prosecute your case, but reserve the right to seek up to $6,5000 ("Approved Fee") for prosecuting your case, based upon the number of hours of legal services your case requires.   We base that estimate upon approximately 15 to 25 hours of attorney services and 5-15 hours of paralegal services.  If our fees exceed the Approved Fee, we will seek the court's approval for additional fees.  You may pay those additional fees through your chapter 13 plan and by order of the court.  We will deduct the court's filing fee of $310.00 from the retainer.

We agree to provide you the following services under this agreement:

- Review of your financial circumstances as required to prepare your chapter 13 case.

- Preparation of your bankruptcy petition, schedules and your chapter 13 plan.

- Review of all claims filed in your case and filing a claim for a creditor, if necessary. Telephonic and letter communications with creditors until confirmation of the plan.

- Appearance at your meeting of creditors and the court hearings on the confirmation of your plan.

Under ordinary circumstances, these are all of the services needed to prosecute a chapter 13 case under the circumstances of your case. If your case should require extraordinary services, as discussed below, an increase in our fee may result. Otherwise, no other services are covered in this agreement. If necessary, we will seek court approval of any fees in excess of the Approved Fee discussed above.

### Hourly Rates and Expenses

Norma Ortiz, the partner in charge of your case, has reduced her hourly rate from $450 to $400 an hour for services rendered in your case. Associates and attorneys serving as counsel to our firm will bill you at the reduced rate of $300 an hour and below; paralegal services shall be billed at $100 an hour and below. Any fees exceeding the Approved Fee upon will be billed at these rates.

Any expenses incurred on your behalf will be separately billed. Expenses shall include, but shall not be limited to, photocopying, mailings, overnight mail charges, long distance telephone and facsimile transmissions, and messenger service.

### End of Services

All of our services in this matter will end, unless otherwise agreed upon in a writing signed by us, when there is a final order (1) confirming your case, (2) conversion of your case to another type of bankruptcy case, or (3) dismissal of your case. Not included within the scope of our representation are appeals from any judgments or orders of the court. Appeals and conversions to another chapter are subject to separate discussion and negotiation between our firm and you.

### Payment of Fees

You have agreed to provide us with a payment of $3,500.00. Please note that you have agreed to pay, and we have agreed to accept, a classic retainer. A classic retainer is earned by my firm upon payment and ensures my firm's availability to represent you. The retainer is not used to guarantee payment of future services.

We will pay your filing fee from the amount received today. *If any, the outstanding balance of legal fees will be collected through the Chapter 13 Plan.* If your case is dismissed, you agree to pay the unpaid balance of our fees and expenses.

It is not unusual for Chapter 13 cases to be dismissed by the court for many reasons. When your case is dismissed before your monthly payment plan is approved – called "confirmed"– by the court, the trustee will return all of your plan payments to you.

When we agree to take any additional fees through your bankruptcy plan, as we have done in this case, we will only receive the balance of our fees if your payment plan is confirmed by the court. If your case is dismissed, the trustee will not send us our fees. Therefore, as a condition to our representation of you, you agree that if your case is dismissed, and if there is a balance is due to our firm, you authorize the Chapter 13 Trustee to transfer your plan payments to our office. We will deduct the fees and expenses due to us, with your approval, and turnover the balance to you. If there is a dispute regarding the amounts due to us, you may seek to resolve the dispute through the fee resolution process provided under New York state law, as discussed below.

### Withdrawal of Case or Delay in Filing

Preparing a bankruptcy case requires a lot of time and investigation by our firm. It is not unusual for our firm to review hundreds of pages of documents and conduct multiple interviews in order to complete the process. We are careful and diligent in our representation of you.

However, sometimes circumstances change and after we have begun this process, you may decide not to proceed with the bankruptcy. Or you may be busy and decide not to provide us with the information we need on a timely basis. For these reasons, you agree that if you retain us to prepare a bankruptcy case, pay our firm over time, and decide not to file the case, we will bill you, at the above stated rates, for the work performed on your case. We will refund the balance due to you. Moreover, if your file remains our responsibility for 3 months or more beyond the Petition Date we agreed to and inserted on page 1 of this contract, and you chose not to file bankruptcy, we will bill you $200 a month for administering and monitoring your collection activity, communicating with creditors, etc....

### Use of Other Attorneys

You will be required to attend a meeting of creditors and court hearings. The date set for the meeting and hearings is commonly determined by the bankruptcy court or another governmental office and is beyond our control. It is not uncommon for our firm, and most other attorneys that regularly practice bankruptcy in this area, to experience scheduling conflicts that require the use of other attorneys to attend these meetings. We also maintain of counsel relationships with lawyers that assist us, including Marilyn Macron, Rachel Blumenfeld, Ward Saxton and Bryant Roman, so that we can expand the number of people available to help with your case. You understand and agree that we utilize their services when necessary.

Page 3 of 6

### Delay in Payment as Excusing Services

Subject to applicable bankruptcy and state law, in the event our bills remain unpaid for more than 30 days after receipt by you, we shall have the right to discontinue rendering further services to you so long as our withdrawal is authorized by the court or permissible under applicable law.  Moreover, if we do not receive the retainer or payment as agreed, we shall withdraw as counsel.

### Termination of Agreement

Subject to applicable state and bankruptcy law, either of us shall have the right to terminate this agreement at any time upon notification in writing to the other.  Upon such termination, you shall remain responsible for any unpaid legal services rendered at a rates set forth above and any costs advanced by us. You agree to execute, upon request, a stipulation in such form as to permit us to withdraw as your attorneys of record in any legal action then pending.

**If you do not understand any portion of this agreement or do not agree with all of its terms, please do not sign below.**

James Ho

Norma E. Ortiz, Esq.

## STATEMENT OF CLIENT'S RIGHTS

You are entitled to be treated with courtesy and consideration at all times by your lawyer and the other lawyers and personnel in your lawyer's office.

You are entitled to an attorney capable of handling your legal matter competently and diligently, in accordance with the highest standards of the profession. If you are not satisfied with how your matter is being handled, you have the right to withdraw from the attorney-client relationship at any time (court approval may be required in some matters and your attorney may have a claim against you for the value of services rendered to you up to the point of discharge).

You are entitled to your lawyer's independent professional judgment and undivided loyalty uncompromised by conflicts of interest.

You are entitled to be charged a reasonable fee and to have your lawyer explain at the outset how the fee will be computed and the manner and frequency of billing. You are entitled to request and receive a written itemized bill from your attorney at reasonable intervals.   You may refuse to enter into any fee arrangement that you find unsatisfactory.

You are entitled to have your questions and concerns addressed in a prompt manner and to have your telephone calls returned promptly.

You are entitled to be kept informed as to the status of your matter and to request and receive copies of papers. You are entitled to sufficient information to allow you to participate meaningfully in the development of your matter.

You are entitled to have your legitimate objectives respected by your attorney, including whether or not to settle your matter (court approval of a settlement is required in some matters).

You have the right to privacy in your dealings with your lawyer and to have your secrets and confidences preserved to the extent permitted by law.

You are entitled to have your attorney conduct himself or herself ethically in accordance with the Code of Professional Responsibility.

You may not be refused representation on the basis of race, creed, color, religion, sex, sexual orientation, age, national origin or disability.

## STATEMENT OF CHAPTER 13 DEBTOR'S DUTIES

A Chapter 13 case requires your participation to be successful. If you don't comply with the following responsibilities, there may be serious consequences, such as your case may be dismissed or converted to another type of bankruptcy, you may lose your home, or you may lose your car. Please read the following and ask us any questions.

[For Real Estate Owners] You must pay your monthly mortgage payment to the bank ON TIME starting with the next month after you file your bankruptcy case. For example, if you file your case in March, you must start paying in your April mortgage payment(s) on time. This applies to all mortgages, if you have more than one. The lender may stop sending statements, or withdrawing payments from your account, but you must still make the payments if you want to keep your home.

[For Renters] You must pay your rent on a timely basis and keep proof of those payments.

[For Car Owners] If you have a car loan, you must continue to pay your loan on a timely basis, even if you do not receive statements from the lender. The lender may stop sending statements, or withdrawing payments from your account, but you must still make the payments if you want to keep your car.

You must make a monthly plan payment every month to the bankruptcy trustee as set forth in your plan. You must make the payment by the date set forth in your plan.

You must make the monthly plan payment to the trustee by certified check or money order. The check or money order must contain your name and bankruptcy case number.

You must bring PROOF OF YOUR SOCIAL SECURITY NUMBER AND A PICTURE IDENTIFICATION to your meeting of creditors with the trustee or the meeting will not be conducted.

You must appear at the meeting with the trustee by the time set for your interview. If you filed the case with your spouse, you must both attend the meeting.

You must provide the trustee with the documents requested ten days before your meeting with the trustee.

You must appear in court for your confirmation hearing on the date and at the time scheduled for the hearing. If you filed the case with your spouse, you must both attend the hearing.

You can not proceed with your case without a broker's price opinion or an appraisal, since you must prove the value of your house(s). The cost for these documents typically range from $50 to $400.

Please initial each statement above and sign below.

Debtor

**EXHIBIT B**

Time Records                                    In Re James Ho                                    Case No. 16-44229-ESS

| Date | User | Activity category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 9/16/2016 | Norma E. Ortiz | Document Review | Review petition and schedules for James Ho. | 0.5 | $ 350.00 | $ 175.00 |
| 9/16/2016 | Juan Parodi | Document Preparation | Preparation of petition and schedules for NEO review. | 2.5 | $ 100.00 | $ 250.00 |
| 9/20/2016 | Juan Parodi | Document Preparation | Preparation of Plan for NEO review and Filing | 0.5 | $ 100.00 | $ 50.00 |
| 9/22/2016 | Martha De Jesus | Document Preparation | Prepare and finalize emergancy filing | 0.4 | $ 275.00 | $ 110.00 |
| 9/22/2016 | Norma E. Ortiz | Document Review | Review and finalize Plan. File petition and plan with court. | 0.3 | $ 350.00 | $ 105.00 |
| 9/22/2016 | Martha De Jesus | Email Preparation, Review or Response | Email to Juan regarding contacting client to file petition today. | 0.05 | $ 275.00 | $ 13.75 |
| 9/22/2016 | Juan Parodi | Email Preparation, Review or Response | Multiple emails to and from client regarding ███████ | 0.15 | $ 100.00 | $ 15.00 |
| 9/22/2016 | Norma E. Ortiz | Email Preparation, Review or Response | Read and respond to clients email regarding filing information and confirmation of plan payment amount. | 0.1 | $ 350.00 | $ 35.00 |
| 9/22/2016 | Juan Parodi | Email Preparation, Review or Response | Filing petition for client. Email Norma confirmation of filing. Serve plan, filed declaration of service, entered deadline in calendar, attached schedules ███████ | 0.3 | $ 100.00 | $ 30.00 |
| 10/3/2016 | Martha De Jesus | Email Preparation, Review or Response | Read and respond to multiple emails regarding ███████ | 0.2 | $ 275.00 | $ 55.00 |
| 10/3/2016 | Martha De Jesus | Document Review | Read and review letter emailed by client regarding chase mortgage and personal bank ccount. | 0.2 | $ 275.00 | $ 55.00 |
| 10/4/2016 | Norma E. Ortiz | Document Review | Review and finalize schedules and statements for filing. | 0.5 | $ 350.00 | $ 175.00 |
| 10/4/2016 | Martha De Jesus | Email Preparation, Review or Response | Read and respond to email regarding ███████ | 0.05 | $ 275.00 | $ 13.75 |
| 10/7/2016 | Norma E. Ortiz | In office Meeting | In office meeting with James Ho for ███████ | 1 | $ 350.00 | $ 350.00 |
| 10/11/2016 | Norma E. Ortiz | Telephone Call | Telephone call with Chase trying to figure out why HELOC payment cut in half (0.6); email client re same (0.1). | 0.7 | $ 350.00 | $ 245.00 |
| 10/11/2016 | Norma E. Ortiz | Document Review | Prepare and file amended chapter 13 plan for James Ho. | 0.4 | $ 350.00 | $ 140.00 |
| 10/31/2016 | Norma E. Ortiz | Document Review | Read and review September income and expense report emailed by client. | 0.2 | $ 350.00 | $ 70.00 |

| Date | User | Activity category | Description | Hours | Rate | Amount |
|------|------|------------------|-------------|-------|------|--------|
| 11/1/2016 | Martha De Jesus | Document Review | Preparation for 341 Meeting. Review of Claims Register (0.2); Preparation of plan payment and claim analysis (1.1). | 1.3 | $ 275.00 | $ 357.50 |
| 11/1/2016 | Martha De Jesus | Document Review | Preparation and filing of client's payment advices declaration. | 0.2 | $ 275.00 | $ 55.00 |
| 11/4/2016 | Norma E. Ortiz | Document Review | Read and review operating report and bank statements emailed by the client. | 0.3 | $ 350.00 | $ 105.00 |
| 11/7/2016 | Norma E. Ortiz | Document Review | Read and review the tax statement from MetLife emailed by the client. | 0.2 | $ 350.00 | $ 70.00 |
| 11/14/2016 | Martha De Jesus | Document Review | Read, review and save October opertaing report prepared by client. | 0.3 | $ 275.00 | $ 82.50 |
| 12/5/2016 | Martha De Jesus | Telephone Call | Telephone call to trustee's office requesting adjournment for hearings. | 0.2 | $ 275.00 | $ 55.00 |
| 12/5/2016 | Martha De Jesus | Telephone Call | Telepone call to client of his new court dates. | 0.1 | $ 275.00 | $ 27.50 |
| 12/5/2016 | Martha De Jesus | Email Preparation, Review or Response | Read and respond to clients email regarding court date. Sent client a list of all court dates and locations. | 0.1 | $ 275.00 | $ 27.50 |
| 12/14/2016 | Martha De Jesus | Document Review | Review November operating report and bank statements sent by client and file with the court. | 0.3 | $ 275.00 | $ 82.50 |
| 12/26/2016 | Martha De Jesus | Document Review | Review 2015 tax return emailed by client. | 0.1 | $ 275.00 | $ 27.50 |
| 12/26/2016 | Norma E. Ortiz | Email Preparation, Review or Response | Multiple emails with client regarding 341 meeting. Client requested information ███████████████ | 0.2 | $ 350.00 | $ 70.00 |
| 12/26/2016 | Norma E. Ortiz | Multiple Services | Return call from John Kirtley regarding clients mortgage payments. | 0.2 | $ 350.00 | $ 70.00 |
| 12/26/2016 | Martha De Jesus | Email Preparation, Review or Response | Read and respond to client regarding collections letters received by Shapiro, Dicaro, & Barak, LLC. Sent client information regarding where to send plan payments. | 0.2 | $ 275.00 | $ 55.00 |
| 12/26/2016 | Martha De Jesus | Email Preparation, Review or Response | Email to client with operating report template and instructions. | 0.05 | $ 275.00 | $ 13.75 |
| 1/3/2017 | Martha De Jesus | Document Preparation | Gathered all operating reports (Sept. to Nov. 2016) sent by client into one file (This time was not billed to client.) | 0.2 | $    - | $    - |
| 1/3/2017 | Martha De Jesus | Document Preparation | Reviewed and redacted operating reports for filing with the court. September Report (0.1); October Report (0.1); and November Report (0.1). | 0.3 | $ 275.00 | $ 82.50 |
| 1/3/2017 | Martha De Jesus | Filing Documents With Court | Final Review and filing of Operating Reports for client. | 0.2 | $ 275.00 | $ 55.00 |

Time Records                                    In Re James Ho                                    Case No. 16-44229-ESS

| Date | User | Activity category | Description | Hours | Rate | Amount |
|------|------|-------------------|-------------|-------|------|--------|
| 1/3/2017 | Martha De Jesus | Document Preparation | Preparation of declarations of contribution for debtor's family and email to client regarding same. | 0.3 | $ 275.00 | $ 82.50 |
| 1/3/2017 | Martha De Jesus | Document Preparation | Preparation of second amended plan and filing with the court. | 0.2 | $ 275.00 | $ 55.00 |
| 1/3/2017 | Martha De Jesus | Email Preparation, Review or Response | Read and respond to multiple emails from the client regarding family contribution declarations. | 0.3 | $ 275.00 | $ 82.50 |
| 1/3/2017 | Martha De Jesus | Telephone Call | Telephone call with the client to discuss family contribution and explain that ▓▓▓▓▓▓▓ | 0.2 | $ 275.00 | $ 55.00 |
| 1/3/2017 | Martha De Jesus | Document Preparation | Prepare and email DSO declaration to client for his review and execution. | 0.2 | $ 275.00 | $ 55.00 |
| 1/4/2017 | Martha De Jesus | Preparation for Court or Meeting | Preparation for Meeting of creditors. | 0.5 | $ 275.00 | $ 137.50 |
| 1/4/2017 | Martha De Jesus | Travel to/from Court Appearance | Travel to and from Meeting of creditors. | 1.8 | $ 275.00 | $ 495.00 |
| 1/4/2017 | Martha De Jesus | Attend Meeting | Meeting with James Ho to review ▓▓▓▓▓▓ | 0.7 | $ 275.00 | $ 192.50 |
| 1/4/2017 | Martha De Jesus | Court Appearance | Appearance at Meeting of Creditors (Section 341) with James Ho. | 0.5 | $ 275.00 | $ 137.50 |
| 1/12/2017 | Martha De Jesus | Document Review | Review letter filed by Chase's lawyers withdrawing objection to James Ho's plan. | 0.1 | $ 275.00 | $ 27.50 |
| 1/12/2017 | Martha De Jesus | Document Review | Review of Claim 9 filed by Chase today. | 0.1 | $ 275.00 | $ 27.50 |
| 1/24/2017 | Martha De Jesus | Document Review | Review and save claim filed by Bank of America. | 0.2 | $ 275.00 | $ 55.00 |
| 1/25/2017 | Martha De Jesus | Document Review | Review and save claim 11 from Chase Home Mortgage. | 0.2 | $ 275.00 | $ 55.00 |
| 1/25/2017 | Norma E. Ortiz | Email Preparation, Review or Response | Read and respond to multiple emails from the client regarding the case. | 0.1 | $ 350.00 | $ 35.00 |
| 1/27/2017 | Norma E. Ortiz | Email Preparation, Review or Response | Read and respond to the client regarding making mortgage payments to the bank for February | 0.1 | $ 350.00 | $ 35.00 |
| 1/31/2017 | Norma E. Ortiz | Email Preparation, Review or Response | Multiple emails with the client regarding ▓▓▓▓▓▓ | 0.2 | $ 350.00 | $ 70.00 |
| 1/31/2017 | Norma E. Ortiz | Document Review | Review and save claim 12 filed by Ameritas Life Insurance. | 0.2 | $ 350.00 | $ 70.00 |
| 2/3/2017 | Martha De Jesus | Attend Meeting | Attend meeting with NEO & James Ho regarding ▓▓▓▓▓ | 0.3 | $ 275.00 | $ 82.50 |

Time Records                                    In Re James Ho                                    Case No. 16-44229-ESS

| Date | User | Activity category | Description | Hours | Rate | Amount |
|------|------|-------------------|-------------|-------|------|--------|
| 2/3/2017 | Martha De Jesus | Document Preparation | Updated declarations of contribution for family and prepared ▇▇▇▇ | 0.1 | $ 275.00 | $    27.50 |
| 2/6/2017 | Martha De Jesus | Email Preparation, Review or Response | Review emails from client containing bank records for business account. | 0.2 | $ 275.00 | $    55.00 |
| 2/6/2017 | Juan Parodi | Email Preparation, Review or Response | Review and save bank statements sent by the client from March 2016 to January 2017 | 0.3 | $ 100.00 | $    30.00 |
| 2/8/2017 | Martha De Jesus | Document Review | Review documents sent by client via email; Review declaration of contributions from wife and daughter; file declarations with the court; review bank statements emailed from March 2016 - January 2017 for 3 bank accounts; review operating report for December 2016; redact banking information; file operating report with the court. | 1.4 | $ 275.00 | $   385.00 |
| 2/8/2017 | Martha De Jesus | Document Preparation | Redaction of bank statements for the pre-petition accounts for 6 months for James Ho to turn over to trustee. | 0.7 | $ 275.00 | $   192.50 |
| 3/6/2017 | Martha De Jesus | Document Preparation | Amend and file schedules A/B, C,I, J, and SOFA | 0.3 | $ 275.00 | $    82.50 |
| 3/6/2017 | Martha De Jesus | Document Preparation | Prepare and email DSO to client, review signed document and file with court. | 0.2 | $ 275.00 | $    55.00 |
| 3/6/2017 | Martha De Jesus | Document Preparation | Prepare and file Declaration regarding post-petition mortgage payments. | 0.4 | $ 275.00 | $   110.00 |
| 4/27/2017 | Norma E. Ortiz | Document Review | Review trustee motion to dismiss | 0.2 | $ 350.00 | $    70.00 |
| 5/3/2017 | Martha De Jesus | Document Preparation | Prepare and file declaration of tax retruns and domestic support obligations. | 0.3 | $ 275.00 | $    82.50 |
| 5/8/2017 | Martha De Jesus | Document Preparation | Amend and file Declaration regarding Post petition mortgage payments | 0.3 | $ 275.00 | $    82.50 |
| 5/8/2017 | Martha De Jesus | Document Preparation | Prepare and file Response to Trustee's motion to dismiss. | 0.3 | $ 275.00 | $    82.50 |
| 5/8/2017 | Martha De Jesus | Multiple Services | Serve Response to Motion to Dismiss. File declaration of service with the court. | 0.2 | $ 275.00 | $    55.00 |
| 6/7/2017 | Martha De Jesus | Document Preparation | Reviewed and redacted operating reports for filing with the court. January 2017 Report (0.1); February 2017 Report (0.1); March 2017 Report (0.1); and April 2017 Report (0.1). | 0.5 | $ 275.00 | $   137.50 |
| 7/14/2017 | Martha De Jesus | Document Preparation | Prepare and file declaration of Debtor in support of confirmation. | 0.3 | $ 275.00 | $    82.50 |

| Date | User | Activity category | Description | Hours | Rate | Amount |
|------|------|-------------------|-------------|-------|------|--------|
| 7/14/2017 | Martha De Jesus | Document Preparation | Reviewed and redacted operating reports for filing with the court. May 2017 Report (0.1); and June 2017 Report. | 0.2 | $ 275.00 | $ 55.00 |
| 10/16/2017 | Martha De Jesus | Document Preparation | Reviewed and redacted operating reports for filing with the court. July 2017 Report (0.1); August 2017 Report (0.1); and September 2017 Report (0.1). | 0.3 | $ 275.00 | $ 82.50 |
| 11/14/2017 | Martha De Jesus | Document Preparation | Prepare and file Third Amended Plan for the debtor. | 0.4 | $ 275.00 | $ 110.00 |
| 11/15/2017 | Juan Parodi | Administrative | Print and serve chapter 13 plan on all creditors. Prepare declaration of service for MDJ filing. | 0.3 | $ 100.00 | $ 30.00 |
| 11/15/2017 | Martha De Jesus | Administrative | Filing affidavit of service of 3rd Amended Plan | 0.1 | $ 275.00 | $ 27.50 |
| 12/1/2017 | Juan Parodi | Administrative | Print and serve chapter 13 plan on Ameritas Life Ins. Prepare declaration of service for MDJ filing. | 0.3 | $ 100.00 | $ 30.00 |
| 12/1/2017 | Martha De Jesus | Document Preparation | Prepare and file amended schedules I & J. File declaration of service of plan prepared by Juan. | 0.4 | $ 275.00 | $ 110.00 |
| 12/11/2017 | Martha De Jesus | Court Appearance | Appearance at confirmation hearing: plan confirmed. | 1 | $ 275.00 | $ 275.00 |
| 7/31/2018 | Martha De Jesus | Document Review | Review motion for rellief from stay filed by Chase for 2nd Mortgage | 0.2 | $ 275.00 | $ 55.00 |
| 8/1/2018 | Martha De Jesus | Document Preparation | Prepare payment history to send to Chase's attorney and request adjournment of next week's hearing. Send Shapiro and DiCaro fax and email with payment history and request for an adjournment. | 1.2 | $ 275.00 | $ 330.00 |
| 8/2/2018 | Martha De Jesus | Telephone Call | Telephone call to Nicole, attorney for chase, ████████████ | 0.1 | $ 275.00 | $ 27.50 |
| 8/28/2018 | Cynthia Narea | Telephone Call | Call James regarding curing his mortgage arrears ██████████ | 0.1 | $ 100.00 | $ 10.00 |
| 9/4/2018 | Martha De Jesus | Email Preparation, Review or Response | Review and respond to email from paralegal at Shapiro & DiCaro regarding ████████ | 0.1 | $ 275.00 | $ 27.50 |
| 9/4/2018 | Martha De Jesus | Document Preparation | Prepare response to Chase Lift Stay Motion and serve to attorney for Chase. | 0.6 | $ 275.00 | $ 165.00 |
| 9/10/2018 | Martha De Jesus | Email Preparation, Review or Response | Review and respond to emails regarding ████████ | 0.2 | $ 275.00 | $ 55.00 |
| 10/10/2018 | Martha De Jesus | Document Review | Review conditional order proposed in Ho by Chase to cure arrears over 9 months. | 0.1 | $ 275.00 | $ 27.50 |

| Date | User | Activity category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/10/2018 | Martha De Jesus | Email Preparation, Review or Response | Prepare email to client ███████████████ | 0.1 | $ 275.00 | $ 27.50 |
| 10/11/2018 | Martha De Jesus | Telephone Call | Telephone call with James Ho to review ███████████████ | 0.2 | $ 275.00 | $ 55.00 |
| 10/11/2018 | Martha De Jesus | Email Preparation, Review or Response | Scanned signed agreement ████████ | 0.2 | $ 275.00 | $ 55.00 |
| 10/16/2018 | Athena Gonzalez | Document Review | Review status of case, signed conditional order, update NEO and enter tasks. | 0.2 | $ 100.00 | $ 20.00 |
| 11/14/2018 | Athena Gonzalez | Document Review | Review plan payments and claims for Fee application filing. | 0.3 | $ 100.00 | $ 30.00 |
| 12/3/2018 | Athena Gonzalez | Preparation of Time Records | Review and prepare time records in preparation of First Interim Fee Application | 1.5 | $ 100.00 | $ 150.00 |
| 12/7/2018 | Athena Gonzalez | Document Preparation | Prepare Fee App, Notice, Cover page, and Time. Review docket and NDC for payment information, review plan for information. | 2 | $ 100.00 | $ 200.00 |
| 12/12/2018 | Martha De Jesus | Document Review | Review fee application prepared by AVG and make edits. | 0.5 | $ 275.00 | $ 137.50 |
| 12/12/2018 | Athena Gonzalez | Document Review | Review MDJ notes and discuss pre-petition work and payments. | 0.3 | $ 100.00 | $ 30.00 |
| 12/13/2018 | Athena Gonzalez | Document Preparation | Review Fee Application corrections made by Martha and make corrections accordingly to finalize. | 0.4 | $ 100.00 | $ 40.00 |
| 12/18/2018 | Athena Gonzalez | Document Preparation | Finalize fee application and include time for Fee application preparation and Court appearance for fee application. | 0.5 | $ 100.00 | $ 50.00 |
| 12/19/2018 | Athena Gonzalez | Document Review | Print draft of James ho fee application for Norma and Martha review; make edits to application. | 1 | $ 100.00 | $ 100.00 |
| 12/21/2018 | Athena Gonzalez | Multiple Services | Review docket, correspondence, compose list and generate bill for fee application. | 2 | $ 100.00 | $ 200.00 |
| 12/26/2018 | Athena Gonzalez | Email Preparation, Review or Response | Review emails from 2016 to present for final fee application. | 1 | $ 100.00 | $ 100.00 |
| 1/15/2019 | Athena Gonzalez | Document Preparation | Redact, edit and finalize time records for O & O Fee application. Compose final application for NEO review and approval | 0.8 | $ 100.00 | $ 80.00 |
| 1/15/2019 | Martha De Jesus | Document Preparation | Finalize fee application and include time for Fee application preparation. | 2 | $ 275.00 | $ 550.00 |

Time Records                                                    In Re James Ho                                                    Case No. 16-44229-ESS

| Date | User | Activity category | Description | Hours | Rate | Amount |
|------|------|------------------|-------------|-------|------|--------|
| | | | TOTAL | 43.0 | | $ 9,646.25 |
| | | | | Hours | | Amount |

| EXPENSES | | | |
|----------|------|-------------|--------|
| Date | Type | Description | Amount |
| 9/22/2016 | Filing Fee | Chapter 13 Filing Fee | $        310.00 |
| 9/22/2016 | Mailing | Postage for mailing of Chapter 13 plan ($0.47 x 15 = $7.05) Pages for Printed (2 x $0.05 x 15= $1.50) | $        8.55 |
| 10/7/2016 | Mailing | Postage for mailing of First amended Chapter 13 plan ($0.47 x 15 = $7.05) Pages for Printed (2 x $0.05 x 15= $1.50) | $        8.55 |
| 11/2/2016 | Mailing | Postage for mailing of Second amended Chapter 13 plan ($0.47 x 15 = $7.05) Pages for Printed (2 x $0.05 x 15= $1.50) | $        8.55 |
| 5/8/2017 | Mailing | Postage for mailing of Debtor's Response to Motion to Dismiss ($0.47 x 15 = $7.05) Pages for Printed (3 x $0.05 x 15= $2.25) | $        9.30 |
| 10/24/2017 | Mailing | Postage for mailing of Third amended Chapter 13 plan ($0.47 x 15 = $7.05) Pages for Printed (2 x $0.05 x 15= $1.50) | $        8.55 |
| | | TOTAL | $        353.50 |

**PROPOSED ORDER**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

Case No. 16-44229-ESS

JAMES HO,
a.k.a. JAMES SING CHAN CHO,
a.k.a. SING C CHAN-HO,                          Chapter 13
a.k.a. JAMES SING CHAM HO,
a.k.a. JAMES SING HO,

                          Debtor.
---------------------------------------------------------x

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of Application for Allowance of Final Compensation and

Reimbursement of Expenses (the "Application") for professional services rendered and expenses

incurred during the period commencing September 22, 2016, through January 15, 2019; and a

hearing having been held before this court to consider the Application on March 14, 2019; and

notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a)(6) and

(c)(2); and due consideration having been given to any responses thereto; and sufficient cause

having been shown therefor, it is hereby:

ORDERED that the Application is granted to the extent set forth in the attached

Schedule.

Dated: Brooklyn, New York
         March _____, 2019

                                        _____
                                        Hon. Elizabeth S. Stong
                                        United States Bankruptcy Judge
                                        Eastern District of New York

Case No.: 16-44229                                                                      Schedule C
Case Name: James Ho,
            a.k.a James Sing Chan Cho,
            a.k.a Sing C Chan-Ho,
            a.k.a James Sing Cham Ho,
            a.k.a James Sing Ho

## Chapter 13 Fee Application
Period: September 22, 2016 through January 15, 2019

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Ortiz & Ortiz, LLP | $3,500 | $3,500 | $0 | $0 | $6,781.25 | $353.50 | $6,781.25 | $353.50 |