UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re

                                                CASE NO. 16-44229

JAMES HO,
a.k.a. JAMES SING CHAN CHO,
a.k.a. SING C CHAN-HO,                          CHAPTER 13
a.k.a. JAMES SING CHAM HO,
a.k.a. JAMES SING HO,

                        Debtor.
--------------------------------------------------------x

## DECLARATION OF SERVICE

I, Athena Gonzalez, being duly sworn state as follows:

1. I am over 18 years of age and not a party to this case.

2. On February 28, 2019, I served by regular mail a copy of the Amended First and Final Fee Application for Allowance of Compensation and Reimbursement of Fees for Ortiz & Ortiz, L.L.P., as Debtor's Counsel to the parties in the annexed mailing matrix.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge and belief. I am fully aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: February 28, 2019
       Queens, New York

                                                            */s/Athena Gonzalez*
                                                            Athena Gonzalez

# MAILING MATRIX

American Honda Finance Corporation
National Bankruptcy Center
P.O. Box 168088
Irving, TX 75016- 8088

American Express Bank FS B
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19 355-0701

LVNV Funding, LLC its successors and
assigns as assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

JPMorgan Chase Bank, N. A.
c/o Fein, Such & Crane, LLP.
28 East Main Street, Suite 18 00
Rochester, NY 14614

Bank of America, N.A.
P O Box 982284
El Paso, TX 7999 8-2238

JPMorgan Chase Bank, N.A.
Chase Records Center
Attn: Correspondence M ail
Mail Code: LA4-5555
700 Kansas Lane
Monroe, LA 71203

Ameritas Life Insurance Co rp.
c/o John Kirtley II
1876 Waycross R oad
Cincinnati, OH 45240

Nicole Kolczynski, Esq.
Shapiro, DiCaro & Barak, LLC
175 Mile Crossing Boulevard
Rochester, NY 14624

Marie Polito Hofsdal, Esq.
Wilson Elser Moskowitz
Edelman & Dicker LLP
150 E 42nd Street
New York, NY 10017

Mark K. Broyles, Esq.
FEIN, SUCH & CRANE, LLP
28 East Main Street, Suite 1800
Rochester, NY 14614

MARIANNE DeROSA, TRUSTEE
125 JERICHO TPKE, SUITE 105
JERICHO, NEW YORK 11753

Office of The United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014

Mr. James Ho
50-27 193rd Street
Fresh Meadows, NY 11365