UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re

JAMES HO,
a.k.a. JAMES SING CHAN CHO,
a.k.a. SING C CHAN-HO,
a.k.a. JAMES SING CHAM HO,
a.k.a. JAMES SING HO,

                      Debtor.
--------------------------------------------------------x

Case No. 16-44229-ESS

Chapter 13

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of Application for Allowance of Final Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing September 22, 2016, through January 15, 2019; and a hearing having been held before this court to consider the Application on March 14, 2019; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Application is ~~granted~~ ***approved*** to the extent set forth in the attached Schedule.



Dated: Brooklyn, New York
August 8, 2019

_____
Elizabeth S. Stong
United States Bankruptcy Judge

Case No.: 16-44229                                                                                                    Schedule C
Case Name: James Ho,
         a.k.a James Sing Chan Cho,
         a.k.a Sing C Chan-Ho,
         a.k.a James Sing Cham Ho,
         a.k.a James Sing Ho

## Chapter 13 Fee Application
Period: September 22, 2016 through January 15, 2019

| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
|---|---|---|---|---|---|---|---|---|
| Ortiz & Ortiz, LLP | $3,500 | $3,500 | $0 | $0 | $6,781.25 | $353.50 | $6,781.25 | $353.50 |