| | |
|---|---|
| Debtor 1 | James Ho |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of New York (State) |
| Case number | 1-16-44229-ess |

# Form 4100R
## Response to Notice of Final Cure Payment          10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 2706

**Property address:** 50-27 193rd Street, Fresh Meadows, NY 11365

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.          * as of 11/12/2021

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:          $ 0.00

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: NA MM / DD / YYYY     as of 11/12/21

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                              (a)  $8427.69

b. Total fees, charges, expenses, escrow, and costs outstanding:                (b)  $0.00

c. **Total.** Add lines a and b.                                                                          (c)  $8427.69

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:          2/1/2018
*as of 11/12/2021 - loan matured on 6/1/2018

Form 4100R                                                                                                                                                 page 1

Response to Notice of Final Cure Payment

Debtor 1    James Ho                                          Case number *(if known)* 1-16-44229-ess

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☒ all payments received;
- ☒ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☒ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Mark K. Broyles                                         Date  11/19/21

Print    Mark K. Broyles, Esq.                                Title   Attorney

Company    Fein, Such & Crane, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    28 East Main Street, Suite 1800
           Rochester, NY 14614

Contact phone   (585) 232– 7400                               Email  weinhartr@feinsuchcrane.com

| Action Type | If Applicable, Suspense Debits | Date Received | Amount Received | Amount Due | Post Petition Date Paid | Payment Amount | Check # / Notes | To / From Suspense | (Total Due) $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $0.00 |
| Debtor | | 10/13/2016 | $2,612.46 | $0.00 | 10/01/16 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 11/3/2016 | $2,612.46 | $0.00 | 11/01/16 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 12/23/2016 | $2,612.46 | $0.00 | 12/01/16 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 1/12/2017 | $2,612.46 | $0.00 | 01/01/17 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 2/13/2017 | $2,612.46 | $0.00 | 02/01/17 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 3/15/2017 | $2,612.46 | $0.00 | 03/01/17 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 4/14/2017 | $2,612.46 | $0.00 | 04/01/17 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 5/12/2017 | $2,612.46 | $0.00 | 05/01/17 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 6/12/2017 | $2,612.46 | $0.00 | 06/01/17 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 7/18/2017 | $2,612.46 | $0.00 | 07/01/17 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 8/22/2017 | $2,612.46 | $0.00 | 08/01/17 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 9/29/2017 | $2,612.46 | $0.00 | 09/01/17 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 10/14/2017 | $2,612.46 | $0.00 | 10/01/17 | 2,612.46 | | $0.00 | $0.00 |
| Debtor | | 12/1/2017 | $2,712.58 | $0.00 | 11/01/17 | 2,712.58 | | $0.00 | $0.00 |
| Debtor | | 1/19/2018 | $2,712.58 | $0.00 | 12/01/17 | 2,712.58 | | $0.00 | $0.00 |
| Debtor | | 3/15/2018 | $2,712.58 | $0.00 | 01/01/18 | 2,712.58 | | $0.00 | $0.00 |
| Debtor | | 4/17/2019 | $440.52 | $0.00 | | 0.00 | PCN Credits Paid | $440.52 | $440.52 |
| Debtor | | 4/23/2019 | $73.42 | $0.00 | | 0.00 | PCN Credits Paid | $73.42 | $513.94 |
| Debtor | | 5/30/2019 | $73.42 | $0.00 | | 0.00 | PCN Credits Paid | $73.42 | $587.36 |
| Delinquent Payment | | | | $1,803.01 | 02/01/18 | 0.00 | | $0.00 | -$1,215.65 |
| Delinquent Payment | | | | $1,803.01 | 03/01/18 | 0.00 | | $0.00 | -$3,018.66 |
| Delinquent Payment | | | | $1,803.01 | 04/01/18 | 0.00 | | $0.00 | -$4,821.67 |
| Delinquent Payment | | | | $1,803.01 | 05/01/18 | 0.00 | | $0.00 | -$6,624.68 |
| Delinquent Payment | | | | $1,803.01 | 06/01/18 | 0.00 | Matured 6/1/18; payoff $36,468.47 | $0.00 | -$8,427.69 |

Case #: 16-44229  As of Date: 11/12/2021

UNITED STATES BANKRUPTCY COURT
<u>EASTERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| In re<br>    James Ho<br>        Debtor. | Case No. 1-16-44229-ess<br>Chapter 13<br><br>AFFIDAVIT OF SERVICE<br>BY MAIL |

STATE OF NEW YORK )
COUNTY OF MONROE  )

    Brandon Nguyen, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and am employed in Rochester, New York.

    On November 19, 2021, I served the within Response to Notice of Final Cure of by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee (s) as indicated below.

James Ho
50-27 193rd Street
Fresh Meadows, NY 11362

Norma E. Ortiz
Ortiz & Ortiz, LLP
287 Park Avenue South, Suite 213
New York, NY 10010

Krista M Preuss
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753

U.S. Trustee
Office of the United States Trustee
Eastern District of NY(Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

                                      Brandon Nguyen

Sworn to before me this 19th day
of November 2021.

_____
Notary Public

ERIN M. SCHAAF
Notary Public, State of New York
Qualified in Monroe County
No. 01SC6342119
Commission Expires May 16, 2024